IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| SONIA CRISTINA MENESES | § | |
| | § | CASE NO. 15-7619 |
| | § | |
| 1403 SCRUB OAK DRIVE | § | Chapter 13 |
| CLARKSVILLE, TN 37042 | § | JUDGE MASHBURN |
| | § | |

SSN: xxx-xx-0010
DEBTOR.

THE DEADLINE FOR FILING A TIMELY RESPONSE IS: APRIL 7, 2016
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: APRIL 27, 2016
8:30am, Courtroom 1, Customs House, 701 Broadway, 2nd Floor, Nashville, Tennessee 37203

_____
**NOTICE OF MOTION TO TEMPORARILY SUSPEND PAYMENTS TO THE CHAPTER 13 TRUSTEE**

**SONIA CRISTINA MENESES** has asked the court for the following relief: **An order suspending payments for thirty (30) days beginning April 1, 2016.**

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before **APRIL 7, 2016**, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. **Your response must state that the deadline for filing responses is APRIL 7, 2016, the date of the scheduled hearing is APRIL 27, 2016, and the motion to which you are responding is Motion to Temporarily Suspend Payments.**

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must also mail a copy of your response or objection to:

   | Robert H. Moyer | U.S. Trustees Office | Henry Hildebrand, III |
   |---|---|---|
   | 408 Franklin Street | 318 Customs House | P.O. Box 340019 |
   | Clarksville, TN 37040 | 701 Broadway | Nashville, TN 37203-0019 |
   | | Nashville, TN 37203 | |

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.
   If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: March 8, 2016                    Signature:/s/ Robert H. Moyer
                                              Robert H. Moyer   #013664
                                              408 Franklin Street
                                              Clarksville, TN 37040
                                              931-221-0010
                                              rhmoyer@bellsouth.net

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| SONIA CRISTINA MENESES | § | |
| | § | CASE NO. 15-7619 |
| | § | |
| 1403 SCRUB OAK DRIVE | § | Chapter 13 |
| CLARKSVILLE, TN 37042 | § | JUDGE MASHBURN |
| | § | |

SSN: xxx-xx-0010
DEBTOR.

### MOTION TO TEMPORARILY SUSPEND PAYMENTS TO THE CHAPTER 13 TRUSTEE

Come now the Debtor, **SONIA CRISTINA MENESES**, by and through counsel, and moves the Honorable Court for an order suspending payments for (thirty) 30 days beginning April 1, 2016 to May 1, 2016, to the Chapter 13 Trustee, and in support of the herein motion would state as follows:

1. The Debtor, **SONIA CRISTINA MENESES,** has been notified that her elderly mother is going to have to have emergency surgery due to a tumor the doctors have found on her brain. Her mother lives in Portugal and does not have health insurance. She will need to send $2,000.00 to her mother immediately as her brother is covering the other $2,000.00 in order for her mother to have the emergency surgical procedure done. This has caused a significant burden for the Debtor to make her payments to the Chapter 13 Trustee.

2. Debtor wishes to suspend payments for (thirty) 30 days beginning April 1, 2016 to May 1, 2016 in order to alleviate the burden incurred by such unforeseen illness of her mother.

3. <u>Statement of Impact</u>:

    a. This motion, if granted, will not result in any change in the dividend to be paid to unsecured creditors.

    b. This motion, if granted, will not result in any change in the time for final payment under the Plan.

    c. This motion, if granted, will not have any effect on the treatment of secured creditors under the Plan.

**WHEREFORE**, Debtor respectfully requests that payments under the Plan be suspended for thirty (30) days beginning April 1, 2016 to May 1, 2016, and for such other and further relief to which the Debtor may be deemed entitled by the Honorable Court.

This the 17th day of March, 2016.

                                                               Respectfully submitted,

                                        BY:    /s/ Robert H. Moyer
                                                     Robert H. Moyer   #013664
                                                     Attorney for Debtor
                                                     408 Franklin Street
                                                   Clarksville, TN 37040
                                                   931/221-0010
                                                   Fax:  931-221-0112
                                                   rhmoyer@bellsouth.net

## **CERTIFICATE OF SERVICE**

     I, Robert H. Moyer, Attorney for Debtor, hereby certify that a copy of the foregoing was mailed, U.S. Mail, postage prepaid, to Sonia Cristina Meneses, 1403 Scrub Oak Drive, Clarksville, TN 37042; Henry E. Hildebrand, III, Chapter 13 Trustee, P.O. Box 340019, Nashville, Tennessee 37203-0019; U.S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203; and all parties listed on the previously filed matrix on this the 17th day of March, 2016.

                                                   /s/ Robert H. Moyer
                                                 Robert H. Moyer

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| SONIA CRISTINA MENESES | § | |
| | § | CASE NO. 15-7619 |
| | § | |
| 1403 SCRUB OAK DRIVE | § | Chapter 13 |
| CLARKSVILLE, TN 37042 | § | JUDGE MASHBURN |
| | § | |

SSN: xxx-xx-0010
DEBTOR.

**P R O P O S E D**
**ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY SUSPEND PAYMENTS**

Based upon Debtors Motion to Temporarily Suspend Payments filed in this cause, notice of such having been given pursuant to Local Rule 9013-1, and no objection to said notice and motion having been filed, **IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** as follows:

1. That the Debtor's Motion to Temporarily Suspend Payments beginning on April 1, 2016 to May 1, 2016, is hereby **GRANTED.**

2. The Debtors' payments are suspended for 30 days beginning April 1, 2016.

3. The Debtor has attended the Chapter 13 Trustee's financial workshop.

4. Debtor will submit all future tax refunds to the Chapter 13 Trustee for the life of the Plan.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

BY: */s/ Robert H. Moyer*
Robert H. Moyer   #013664
Attorney for Debtor
408 Franklin Street
Clarksville, TN 37040
931/221-0010
Fax: 931/221-0112
rhmoyer@bellsouth.net